**Dismissed and Opinion Filed March 7, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-23-01109-CV

**KATRINA NIZRI AND ALL OTHER OCCUPANTS, Appellant**
**V.**
**WIMBERLY APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-03313-2023**

### MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Miskel
Opinion by Justice Miskel

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by February 3, 2024. By postcard dated February 6, 2024, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Emily Miskel/

EMILY MISKEL

JUSTICE

231109f.p05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KATRINA NIZRI AND ALL
OTHER OCCUPANTS, Appellant

No. 05-23-01109-CV          V.

WIMBERLY APARTMENTS,
Appellee

On Appeal from the County Court at
Law No. 6, Collin County, Texas
Trial Court Cause No. 006-03313-2023.
Opinion delivered by Justice Miskel.
Justices Reichek and Carlyle
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.


Judgment entered this 7th day of March, 2024.